## CARLOS VACIO V. THE STATE.

### No. 4521.  Decided June 6, 1917.

**Assault With Intent to Murder—Practice on Appeal.**

In the absence of bills of exceptions, where the indictment is sufficient, as well as the evidence to support it, the judgment must be affirmed.

Appeal from the District Court of El Paso.  Tried below before the Hon. W. D. Howe.

Appeal from a conviction of assault with intent to murder; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

MORROW, Judge.—Charged by indictment with assault with intent to murder, appellant, upon conviction, was condemned to two years confinement in the State penitentiary.

We find no motion for a new trial nor bills of exception in the record, and there are consequently no errors assigned.

We have examined the indictment and the evidence set out in statement of facts, and finding both sufficient, it is ordered that the judgment of the lower court be affirmed.

*Affirmed.*